# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE)
PRODUCTS LIABILITY LITIGATION**                           MDL No. 2848

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −34)

On August 2, 2018, the Panel transferred 50 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 330 F.Supp.3d 1378 (J.P.M.L. 2018). Since that time, 455 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Harvey Bartle, III.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bartle.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of August 2, 2018, and, with the consent of that court, assigned to the Honorable Harvey Bartle, III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

| |
|---|
| Inasmuch as no objection is pending at this time, the stay is lifted |
| **Jun 17, 2019** |
| CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 6/17/19

TEST:

DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE)
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2848

## SCHEDULE CTO-34 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

CALIFORNIA NORTHERN

| CAN | 3 | 19–02955 | Fields v. Merck & Co., Inc. et al |
| CAN | 3 | 19–02956 | Raiford v. Merck & Co, Inc. et al |
| CAN | 3 | 19–02957 | Hartung v. Merck & Co, Inc. et al |

NEW JERSEY

| NJ | 3 | 19–12843 | CARTER v. MERCK & CO., INC. et al |
| NJ | 3 | 19–12846 | SPILLERS v. MERCK & CO., INC. et al |
| NJ | 3 | 19–12848 | HANCOCK et al v. MERCK & CO., INC. et al |
| NJ | 3 | 19–12862 | LUSK et al v. MERCK & CO., INC. et al |
| NJ | 3 | 19–12867 | VICKERS et al v. MERCK & CO., INC. et al |
| NJ | 3 | 19–12997 | HENNEBERRY et al v. MERCK CO., INC. et al |
| NJ | 3 | 19–13302 | BARGER et al v. MERCK & CO., INC. et al |
| NJ | 3 | 19–13303 | CHAMBERS v. MERCK & CO., INC. et al |
| NJ | 3 | 19–13304 | GARDNER et al v. MERCK & CO., INC. et al |
| NJ | 3 | 19–13306 | JOHNSON v. MERCK & CO., INC. et al |
| NJ | 3 | 19–13307 | TURBYFILL v. MERCK & CO., INC. et al |

NEW YORK EASTERN

| NYE | 2 | 19–03145 | Kassen v. Merck & Co., Inc. et al |

